'the laporta court'
at
U.S. District Court

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2021 MAY -4  PM 4: 39

JEFFREY P. COLWELL
CLERK

paul laporta; a man,
claimant, aggrieved

Nature of case: claim
Notice #1

Pablo Loya ; a man,
respondent, wrongdoer

i require 'court of record'; 'trial by jury'

## Notice

the laporta court presents notice:
i, paul of the laporta family, was trespassed upon by Pablo Loya.
i require compensation in the amount of $1(one dollar) per second for the following;
1. Interference with my right to access the people's courthouse to file claim.
2. Binding my hands then ordering me into a cage.
3. Administrating my property without consent.
4. Interference with my right to film.
5. Destruction of property/deleting the video of the interaction.
   (See Exhibit A; Recovered video of the interaction)

> **Compare to:**
> **18 USC 242: Deprivation of rights under color of law**
> **See attached document.**

i, say here, and will verify in open court under oath and affirmation, that all herein be true;

May 4, 2021

*[signature]*

paul laporta;
a man; all rights reserved.

## TITLE 18, U.S.C., SECTION 242

*Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ... shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.*

# File on Demand

**COMES NOW** [signature] **TO DEMAND** that the clerk perform only a ministerial function, that the clerk not perform any tribunal functions, and that the clerk file the attached.

**MANDATORY NOTICE:** Please take mandatory notice Federal Rules of Evidence 201(d) that Plaintiff has a lawful right to proceed without cost, based upon the following law:

The U.S. Supreme Court has ruled that a natural man or woman is entitled to relief for free access to its judicial tribunals and public offices in every State in the Union -- **2 Black 620, see also Crandell v. Nevada, 6 Wall 35.**

*"Plaintiff should not be charged fees, or costs for the lawful and constitutional right to petition this court in this matter in which he is entitled to relief, as it appears that the filing fee rule was originally implemented for fictions and subjects of the State and should not be applied to the Plaintiff who is a natural individual and entitled to relief"* -- **Hale v. Henkel (201 U.S. 43).**

**THE CLERK IS THEREFORE DIRECTED TO FILE THE ATTACHED ACTION AT LAW WITHOUT COST**

**BE IT FURTHER KNOWN** If the clerk has been instructed by a Judge or other public official who is superior to your office to not file certain documents, to remove certain documents, or have knowledge of the removal certain documents and you feel compelled to obey that person, you must consider:

**18 USC § 2076** - Whoever, being a clerk of a district court of the United States, willfully refuses or neglects to make or forward any report, certificate, statement, or document as required by law, shall be fined under this title or imprisoned not more than one year, or both.

**Article 4 section 1 of the Constitution for the United States of America** states: "Full faith and credit shall be given in each state to the public acts, records, and judicial proceedings of every other state". Violations are Criminal felony offenses pursuant to 18 USC §§ 241, 242, 1951, 2071 and others. Any Citizen who is aware of a felony offense being committed by any Public Official, in violation of the Constitution, is mandated to report it under **18 USC §4** - Misprision of felony: Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.

**18 USC §1512b** engages in misleading conduct -- (b) Whoever knowingly uses intimidation, threatens, or corruptly persuades another person, or attempts to do so, or engages in misleading conduct toward another person, with intent to - (1) influence, delay, or prevent the testimony of any person in an official proceeding; (2) cause or induce any person to -- (A) withhold testimony, or withhold a record, document, or other object, from an official proceeding; (B) alter, destroy, mutilate, or conceal an object with intent to impair the object's integrity or availability for use in an official proceeding; ... shall be fined under this title or imprisoned not more than 20 years, or both. (3) ... (c) Whoever corruptly—(1) alters, destroys, mutilates, or conceals a record, document, or other object, or attempts to do so, with the intent to impair the object's integrity or availability for use in an official proceeding; or (2) otherwise obstructs,

influences, or impedes any official proceeding, or attempts to do so, shall be fined under this title or imprisoned not more than 20 years, or both.

**18 USC § 2071** - Concealment, removal, or mutilation generally – (a) Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three years, or both. (b) Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States. As used in this subsection, the term "office" does not include the office held by any person as a retired officer of the Armed Forces of the United States.

3/2/2021, 12:33 PM

the LaPorta Court

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901 - 19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

the LaPorte
court

Scanned by
US Marshal



Case 1:21-cv-01234-LTB   Document 1   Filed 05/04/21   USDC Colorado   Page 7 of 7