IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01234-GPG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

PAUL LaPORTA,

    Claimant,

v.

PABLO LOYA,

    Respondent.

## ORDER DIRECTING CLAIMANT TO CURE DEFICIENCIES

Claimant, a *pro se* litigant, submitted a pleading to the Court that is titled, " I require 'court of record'; 'trial by jury,' " ECF No. 1. Claimant did not include a mailing address with the pleading. He asserts that Respondent (1) interfered with his right to access the court to file a claim; (2) bound his hands and ordered him into a cage; (3) "Administrat[ed]" his property without consent; (4) interfered with his right to film; and (5) destroyed or deleted the video of the interaction. ECF No. 1 at 1. Claimant appears to assert his claims pursuant to 18 U.S.C. § 242. *Id.*

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the pleading is deficient as described in this Order. Claimant will be directed to cure the following to pursue any claims in this action. Any papers that Claimant files in response to this Order must include the civil action number.

**Application to Proceed in District Court without Prepaying Fees or Costs (Long Form)**

(1)  _X_   is not submitted
(2)  __    is missing affidavit
(3)  __    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  __    is missing certificate showing current balance in prison account
(5)  __    is missing required financial information
(6)  __    is missing authorization to calculate and disburse filing fee payments
(7)  __    is missing an original signature by the prisoner
(8)  __    is not on proper form: Claimant must use the court's current form
(9)  __    names in caption do not match names in caption of complaint, petition or habeas application
(10) _X_   other:  In the alternative, Claimant may pay the $402 filing fee in full.

**Complaint, Petition or Application**:
(11) __    is not submitted
(12) _X_   is not on proper form
(13) __    is missing an original signature by the prisoner
(14) __    is missing page nos.
(15) __    uses et al. instead of listing all parties in caption
(16) __    names in caption do not match names in text
(17) __    addresses must be provided for all parties
(18) __    other:

Claimant also is instructed that his attempts to assert violations of criminal statutes are misplaced because such criminal statutes do not provide for a private civil cause of action.  *See e.g., Cok v. Cosentino*, 876 F.2d 1, 2 (1st Cir. 1989) (explaining that this portion of the criminal code [Section 18] "do[es] not give rise to a civil action for damages); *see also Andrews v. Heaton*, 483 F.3d 1070, 1076 (10th Cir. 2007) (dismissal of claims alleging violations of criminal statutes is proper if criminal statutes do not provide for a private right of action). "Only the United States as prosecutor can bring a complaint under 18 U.S.C. §§ 241–242 (the criminal analogue of 42 U.S.C. § 1983)."  *Cok*, 876 F.2d at 2; *see also Winslow v. Romer*, 759 F. Supp. 670, 673 (D. Colo. 1991) ("Private citizens generally have no standing to institute federal criminal

proceedings"). Because Claimant is not authorized to enforce criminal statutes, he cannot pursue any claims under Section 18 of the United States Code. Claimant's allegations more properly are raised in a civil complaint, in which he challenges possible violations of his constitutional rights or proper federal statutes.

Claimant may contact the Federal Pro Se Clinic at (303) 380-8786 or https://www.cobar.org/fpsc for possible assistance in this matter.

Accordingly, it is

ORDERED that Claimant cure the deficiencies designated above within thirty days from the date of this Order. Any papers that Claimant files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Claimant shall obtain the Court-approved Application to Proceed in District Court without Prepaying Fees or Costs (Long Form) and Complaint form, along with the applicable instructions, at www.cod.uscourts.gov. Claimant must use this Court's approved forms to cure the deficiencies. It is

FURTHER ORDERED that, if Claimant fails to cure all of the designated deficiencies within thirty days from the date of this Order, the action will be dismissed without further notice.

DATED: May 7, 2021

BY THE COURT:

 s/ Gordon P. Gallagher
United States Magistrate Judge