# <u>Notice</u>

i, paul of the laporta family require all

documents provided to the court be filed on

demand into "the laporta court" case file.

case number 21-cv-01234



June 22, 2021

paul of the laporta family
a man
All Rights Reserved

# <u>Notice</u>

it has come to the attention of i, paul of the laporta family,
that no contact information is on file.
if any men or women acting as elements of the court wish to
communicate with i, please use the following address, in care
of.
Clayton Sehring
6150 west 13th ave, Lakewood CO. 80214

All communications sent to the above address shall be
forwarded to i, in a timely manner.

Telephonic communication may be arranged using the
following number.

631-405-8322

June 22, 2021

paul of the laporta family.
a man
All Rights Reserved

'the laporta court'
at
U.S. District Court

_____

| | |
|---|---|
| paul laporta; a man, claimant, aggrieved | Nature of case: claim; Notice |
| | Claim # 004 |
| Than Phuvapaisalkij ; a man, respondent, wrongdoer | |

_____

i require 'court of record'; 'trial by jury'

_____

Notice

  the laporta court presents notice:

i, a man; known as paul, of the laporta family, was trespassed upon by Than
Phuvapaisalkij. i require compensation in the amount of $5000(Five Thousand Dollars)
for the following;

1. Interference with my right to access the people's courthouse free from search and
seizure.
2. Binding my hands and ordering me into an automobile.
3. Administrating property without consent.
4. Uttering a forged instrument in an attempt to further administrate property.
5. Interference with keeping video record of the facts of the matter.
6. Bearing false witness/making false claim.

  (See Exhibit A; video recording)
  (See Exhibit B; forged/fraudulent instruments)

| Compare to: |
|---|
| **(18 U.S. Code § 287) (18 USC 242) (18 U.S. Code 241) (18 U.S. Code § 472) (CRS !8 § 18-8-611) (CRS 18-8-404) (CRS § 18-8-610)** |
| **See attached documents.** |

 i, say here, and will verify in open court under oath and affirmation, that all statements
made above stand true;

June 9, 2021

_____
paul, of the laporta family.
a man; all rights reserved.

| Name : | La Porta, Paul Ryan | Date: | 6/2/2021 |
|---|---|---|---|
| CD # : | T021013888 | Booking Number : | 2021-409870 |
| D.O.B : | 05/03/1989 | Witnessing Officer : | S13023 |

Inmate's Signature

| Case: | Bond: | Offense: |
|---|---|---|
| 2021311564 | 750 | Un-lawful conduct on a public property |

(Note: Additional Cases and Bonds could be found through the clearance process.)

EXhibit
B
#1

**GO:**         **AB:** 202113888   **PRE-TRIAL** [ ]

**IN THE COUNTY COURT IN AND FOR THE**
**CITY AND COUNTY OF DENVER AND THE STATE OF COLORADO**

| | |
|---|---|
| ARREST # | 2021409870 |
| BOND # | 623995 |
| DCC CASE# | 21M03068 |
| DPD# | 918048 |
| COUNTY | DENVER |

BOND TYPE

The People of the State of Colorado and of
CITY AND COUNTY OF DENVER        , Plaintiff, vs

**PERSONAL RECOGNIZA**   **APPEARANCE BOND**

| Last. LA PORTA | First PAUL | Middle R | DOB 5/3/1989 |
|---|---|---|---|

**We as,** PAUL R LA PORTA                    **and**    PAUL R LA PORTA
                    (Party/Principal)                                          (Surety)

do acknowledge ourselves to owe and be indebted unto the People of the State of

Colorado, in the penal sum of

**PARTY CHARGES**

| $750.00 | SEVEN HUNDRED FIFTY DOLLARS AND 00 CENTS |
|---|---|

| 18-9-117 | |
|---|---|
| | |
| | |
| | |

to be levied if there is a default in the following action. The conditions of this obligation are
such that the above named party shall appear personally as ordered at the location indicated below

Furthermore, the party shall not depart the State without Court approval and shall abide by all orders and judgments of this court, this bond may be
continued from time to time except no bond shall be continued in effect following a plea of guilty or no contest, or following conviction unless the
written consents of the surety(s) is filed of record. (CRS § 16-4-201) The surety will be responsible for the party's appearance until released.
In addition, if the party is arrested for drug or alcohol related driving and has one or more previous convictions for an offense under CRS § 42-4-1301
or similar out of state charge, you must abstain from all use of alcohol and the illegal use of drugs. Such abstinence shall be monitored as directed
by the court at your first appearance. If all conditions are not complied with, the Court has the power to revoke the bond, increase the bail or change
any bond conditions. If the party does not appear as directed, the bond will be forfeited and an arrest warrant will issue

Executed, Approved and Dated this        June 2, 2021        at        8:22 PM        in Denver, Co

KRISTIN WOOD - CLERK of Denver County Court

| By: X _(signature)_ C204433 | **SIGN HERE IF FUNDS CAN BE VOLUNTARILY APPLIED TO** |
|---|---|
| DEPUTY CLERK/SHERIFF # | **FINES/FEES/COSTS/OR RESTITUTION** |
| X  PLNA _(signature)_ | X |
| SURETY'S SIGNATURE | DEFENDANT SIGNATURE |
| X  PLNA _(signature)_ | IF THE DEFENDANT VOLUNTARILY SIGNED ABOVE, A REFUND CHECK |
| PARTY'S SIGNATURE | WILL NOT BE ISSUED UNLESS THE VALUE OF THE BOND EXCEEDS THE OUTSTANDING MONETARY AMOUNTS |

MANDATORY INFORMATION

Full Name of Party (including Alias)
PAUL R LA PORTA

Address
1925 S VAUGHN WAY 303

City, State and Zip Code
AURORA (ARAPAHOE) , CO 80014

Home Phone No or No. Where Message May Be Left
()-

Employer's Name

If your case is set in error on a Saturday, Sunday or Legal Holiday, your
appearance is required on the next regular business day

Employer's Address            Work Phone No.

**APPEARANCE IS REQUIRED AT:**

| **DENVER COUNTY COURT** | Full Name of Surety | PAUL R LA PORTA |
|---|---|---|
| **490 W. COLFAX AVENUE** | License No of Surety | |
| **DENVER, CO 80204** | Address | 1925 S VAUGHN WAY 303 |
| | City, State and Zip Code | AURORA (ARAPAHOE) CO 80014 |
| On June 16, 2021 at 9:30 AM in Courtroom 2100 | Phone Number | ()- |

Date Printed  6/2/2021 8 45 48 PM            Printed By  S09029

_(handwritten)_ Signed NA Under duress VOID

_(handwritten)_ Exhibit B #2

# ...18 U.S. Code § 287 - False, fictitious or fraudulent claims

U.S. Code       Notes

Whoever makes or presents to any person or officer in the civil, military, or naval service of the United States, or to any department or agency thereof, any claim upon or against the United States, or any department or agency thereof, knowing such claim to be false, fictitious, or fraudulent, shall be imprisoned not more than five years and shall be subject to a fine in the amount provided in this title.

(June 25, 1948, ch. 645, 62 Stat. 698; Pub. L. 99–562, § 7, Oct. 27, 1986, 100 Stat. 3169.)

# ...18 U.S. Code § 242 - Deprivation of rights under color of law

U.S. Code       Notes

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

(June 25, 1948, ch. 645, 62 Stat. 696; Pub. L. 90–284, title I, § 103(b), Apr. 11, 1968, 82 Stat. 75; Pub. L. 100–690, title VII, § 7019, Nov. 18, 1988, 102 Stat. 4396; Pub. L. 103–322, title VI, § 60006(b), title XXXII, §§ 320103(b), 320201(b), title XXXIII, § 330016(1)(H), Sept. 13, 1994, 108 Stat. 1970, 2109, 2113, 2147; Pub. L. 104–294, title VI, §§ 604(b)(14)(B), 607(a), Oct. 11, 1996, 110 Stat. 3507, 3511.)

# ...18 U.S. Code § 241 - Conspiracy against rights

U.S. Code    Notes

If two or more persons conspire to injure, oppress, threaten, or
intimidate any person in any State, Territory, Commonwealth, Possession,
or District in the free exercise or enjoyment of any right or privilege
secured to him by the Constitution or laws of the United States, or
because of his having so exercised the same; or

If two or more persons go in disguise on the highway, or on the
premises of another, with intent to prevent or hinder his free exercise or
enjoyment of any right or privilege so secured—

They shall be fined under this title or imprisoned not more than ten
years, or both; and if death results from the acts committed in violation of
this section or if such acts include kidnapping or an attempt to kidnap,
aggravated sexual abuse or an attempt to commit aggravated sexual
abuse, or an attempt to kill, they shall be fined under this title or
imprisoned for any term of years or for life, or both, or may be sentenced
to death.

(June 25, 1948, ch. 645, 62 Stat. 696; Pub. L. 90–284, title I, § 103(a),
Apr. 11, 1968, 82 Stat. 75; Pub. L. 100–690, title VII, § 7018(a), (b)(1),
Nov. 18, 1988, 102 Stat. 4396; Pub. L. 103–322, title VI, § 60006(a), title
XXXII, §§ 320103(a), 320201(a), title XXXIII, § 330016(1)(L), Sept. 13,
1994, 108 Stat. 1970, 2109, 2113, 2147; Pub. L. 104–294, title VI,
§§ 604(b)(14)(A), 607(a), Oct. 11, 1996, 110 Stat. 3507, 3511.)

## ...18 U.S. Code § 472 - Uttering counterfeit obligations or securities

U.S. Code     Notes

Whoever, with intent to defraud, passes, utters, publishes, or sells, or attempts to pass, utter, publish, or sell, or with like intent brings into the United States or keeps in possession or conceals any falsely made, forged, counterfeited, or altered obligation or other security of the United States, shall be fined under this title or imprisoned not more than 20 years, or both.

(June 25, 1948, ch. 645, 62 Stat. 705; Pub. L. 103–322, title XXXIII, § 330016(1)(K), Sept. 13, 1994, 108 Stat. 2147; Pub. L. 107–56, title III, § 374(c), Oct. 26, 2001, 115 Stat. 340.)

# 2018 Colorado Revised Statutes
# Title 18 - Criminal Code
# Article 8 - Offenses - Governmental Operations
# Part 6 - Offenses Relating to Judicial and Other Proceedings
# § 18-8-611. Simulating legal process

**Universal Citation:** CO Rev Stat § 18-8-611 (2018)

(1) A person commits simulating legal process if he knowingly delivers or causes to be delivered to another a request for the payment of money on behalf of any creditor including himself which in form and substance simulates any legal process issued by any court of this state.

(2) Simulating legal process is a class 3 misdemeanor.

# 2018 Colorado Revised Statutes
# Title 18 - Criminal Code
# Article 8 - Offenses - Governmental Operations
# Part 4 - Abuse of Public Office
# § 18-8-404. First degree official misconduct

**Universal Citation:** CO Rev Stat § 18-8-404 (2018)

(1) A public servant commits first degree official misconduct if, with intent to obtain a benefit for the public servant or another or maliciously to cause harm to another, he or she knowingly:

(a) Commits an act relating to his office but constituting an unauthorized exercise of his official function; or

(b) Refrains from performing a duty imposed upon him by law; or

(c) Violates any statute or lawfully adopted rule or regulation relating to his office.

(2) First degree official misconduct is a class 2 misdemeanor.

# Colo. Rev. Stat. § 18-8-610

Current through Chapter 155 of the 2021 Legislative Session

Section 18-8-610 - Tampering with physical evidence

(1) A person commits tampering with physical evidence if, believing that an official proceeding is pending or about to be instituted and acting without legal right or authority, he:

(a) Destroys, mutilates, conceals, removes, or alters physical evidence with intent to impair its verity or availability in the pending or prospective official proceeding; or

(b) Knowingly makes, presents, or offers any false or altered physical evidence with intent that it be introduced in the pending or prospective official proceeding.

(2) "Physical evidence", as used in this section, includes any article, object, document, record, or other thing of physical substance; except that "physical evidence" does not include a human body, part of a human body, or human remains subject to a violation of section 18-8-610.5.

(3) Tampering with physical evidence is a class 6 felony.

> C.R.S. § 18-8-610

Amended by 2016 Ch. 72,§ 2, eff. 9/1/2016.

L. 71: R&RE, p. 466, § 1. C.R.S. 1963: § 40-8-610. L. 89: (3) amended, p. 840, § 87, effective July 1. L. 2016: (2) amended, (SB 16-034), ch. 72, p. 191, § 2, effective September 1.

'the laporta court'
at
U.S. District Court

| | |
|---|---|
| paul laporta; a man,<br>claimant, aggrieved | Nature of case: claim;<br>Notice |
| DENVER POLICE DEPARTMENT<br>&<br>DENVER SHERIFF DEPARTMENT | Claim # 005<br>(similar to #004) |

i require 'court of record'; 'trial by jury'

## Notice

the laporta court presents notice:

i, a man; known as paul, of the laporta family, was trespassed upon by unidentified men and women acting as public servants for the above named agencies. i require compensation in the amount of $1(One Dollar) per second for the following;

1. Interference with my right to access the people's courthouse free from search and seizure.
2. Binding my hands and ordering me into an automobile.
3. Administrating property without consent.
4. Uttering a forged instrument in an attempt to further administrate property.
5. Interference with keeping video record of the facts of the matter.
6. Bearing false witness/making false claim.
7. Causing me to, or conspiring to have me, be jailed for a period of no less than 6(six) hours and no more than 8(eight) hours as recorded.

(See Exhibit A; video recording)
(See Exhibit B; forged/fraudulent instruments)

| |
|---|
| **Compare to:**<br>**(18 U.S. Code § 287) (18 USC 242) (18 U.S. Code 241) (18 U.S. Code § 472)**<br>**(CRS !8 § 18-8-611) (CRS 18-8-404) (CRS § 18-8-610)**<br>**See attached documents.** |

i, say here, and will verify in open court under oath and affirmation, that all statements made above stand true;

June 9, 2021

paul, of the laporta family.
a man; all rights reserved.

Bond Case Review

Page 1 of 1

| ARREST # | 2021409870 |
| BOND # | 623995 |
| DCC CASE# | 21M03068 |
| DPD# | 918048 |
| COUNTY | DENVER |

GO:         AB: 202113888    PRE-TRIAL ☐

IN THE COUNTY COURT IN AND FOR THE
CITY AND COUNTY OF DENVER AND THE STATE OF COLORADO

BOND TYPE

The People of the State of Colorado and of
CITY AND COUNTY OF DENVER     , Plaintiff, vs

**PERSONAL RECOGNIZA**    **APPEARANCE BOND**

| Last LA PORTA | First PAUL | Middle R | DOB 5/3/1989 |

We as,   PAUL R LA PORTA        and    PAUL R LA PORTA

(Party/Principal)                                (Surety)

do acknowledge ourselves to owe and be indebted unto the People of the State of

Colorado in the penal sum of

| $750.00 | SEVEN HUNDRED FIFTY DOLLARS AND 00 CENTS |

to be levied if there is a default in the following action  The conditions of this obligation are
such that the above named party shall appear personally as ordered at the location indicated below

**PARTY CHARGES**

| 18-9-117 | | |
| | | |
| | | |
| | | |

Furthermore, the party shall not depart the State without Court approval and shall abide by all orders and judgments of this court, this bond may be
continued from time to time except no bond shall be continued in effect following a plea of guilty or no contest, or following conviction unless the
written consents of the surety(s) is filed of record. (CRS § 16-4-201)  The surety will be responsible for the party's appearance until released.
In addition, if the party is arrested for drug or alcohol related driving and has one or more previous convictions for an offense under CRS § 42-4-1301
or similar out of state charge, you must abstain from all use of alcohol and the illegal use of drugs  Such abstinence shall be monitored as directed
by the court at your first appearance. If all conditions are not complied with, the Court has the power to revoke the bond, increase the bail or change
any bond conditions  If the party does not appear as directed, the bond will be forfeited and an arrest warrant will issue.

Executed, Approved and Dated this    June 2, 2021    at   8:22 PM    in Denver, Co

KRISTIN WOOD - CLERK of Denver County Court

By.   X       _[signature]_      C204433

DEPUTY CLERK/SHERIFF #

**SIGN HERE IF FUNDS CAN BE VOLUNTARILY APPLIED TO
FINES/FEES/COSTS/OR RESTITUTION**

X    _[signature]_  ⟵      X

SURETY'S SIGNATURE                      DEFENDANT SIGNATURE

X    _[signature]_  ⟵     IF THE DEFENDANT VOLUNTARILY SIGNED ABOVE, A REFUND CHECK
                                 WILL NOT BE ISSUED UNLESS THE VALUE OF THE BOND EXCEEDS THE

PARTY'S SIGNATURE                  OUTSTANDING MONETARY AMOUNTS

_[handwritten: Signed NA under duress ✱VOID]_

MANDATORY INFORMATION

Full Name of Party (including Alias)

PAUL R LA PORTA

Address

1925 S VAUGHN WAY 303

City, State and Zip Code

AURORA (ARAPAHOE)   CO 80014

Home Phone No  or No  where Message May Be Left

()-                           If your case is set in error on a Saturday, Sunday or Legal Holiday, your

Employer's Name                       appearance is required on the next regular business day

Employer's Address            Work Phone No

**APPEARANCE IS REQUIRED AT:**

| **DENVER COUNTY COURT**<br>**490 W. COLFAX AVENUE**<br>**DENVER, CO 80204** | Full Name of Surety | PAUL R LA PORTA |
| | License No  of Surety | |
| | Address | 1925 S VAUGHN WAY 303 |
| | City, State and Zip Code | AURORA (ARAPAHOE), CO 80014 |
| **On June 16, 2021 at 9:30 AM in Courtroom 2100** | Phone Number | ()- |

Date Printed  6/2/2021 8 45 48 PM           Printed By  S09029

_[handwritten: Exhibit B #1]_



| Name : | La Porta, Paul Ryan | Date: | 6/2/2021 |
|---|---|---|---|
| CD # : | T021013888 | Booking Number : | 2021-409870 |
| D.O.B : | 05/03/1989 | Witnessing Officer : | S13023 |

_____

Inmate's Signature

| Case: | Bond: | Offense: |
|---|---|---|
| 2021311564 | 750 | Un-lawful conduct on a public property |

(Note: Additional Cases and Bonds could be found through the clearance process.)

Exhibit
B
#2

 

# DENVER SHERIFF DEPARTMENT
# PERSONAL PROPERTY INVENTORY
### PRISONER BOOKING RECEIPT

| NAME | La Porta, Paul Ryan | DATE | 6/2/2021 |
|---|---|---|---|
| CD # | T021013888 | BK # | 2021-409870 |
| D.O.B. | 05/03/1989 | PROPERTY BAG # | 133514 |

## UPON ADMISSION THE ITEMS LISTED BELOW WERE RECEIVED FROM THE INMATE:
## (INCLUDE ALL BAGS, BOXES AND SUITCASES)

| QTY | ITEMS | DESCRIPTION | QTY | ITEMS | DESCRIPTION |
|---|---|---|---|---|---|
| 1 | Belt | 1 BELT | | Legal Papers | |
| | Billfold | | | Medication | |
| | Bracelet | | | Necklace | |
| | Checks | | | Purse | |
| | Earring | | | Ring | |
| 1 | Electronic(s) | 1 CELL PHONE | | Watch | |
| | Glasses | | 1 | Other | HAT, VAPE PEN |
| | Identification | | | Oversized | |
| | Keys | | | None | |
| | Knife | | | Total Money | 0.00 |

SEARCH OFFICER:

Search Officer
03/24/2014  01 11 41 pm

SERIAL#:

BOOKING OFFICER:

Booking Officer
08/24/2014  01 11 59 pm

SERIAL#:S13023

INMATE SIGNATURE:

SigPlus©
06/02/2021  07 47 38 pm

DATE:6/2/2021

Exhibit
B
#3

# ...18 U.S. Code § 287 - False, fictitious or fraudulent claims

U.S. Code     Notes

Whoever makes or presents to any person or officer in the civil, military, or naval service of the United States, or to any department or agency thereof, any claim upon or against the United States, or any department or agency thereof, knowing such claim to be false, fictitious, or fraudulent, shall be imprisoned not more than five years and shall be subject to a fine in the amount provided in this title.

(June 25, 1948, ch. 645, 62 Stat. 698; Pub. L. 99–562, §7, Oct. 27, 1986, 100 Stat. 3169.)

# ...18 U.S. Code § 242 - Deprivation of rights under color of law

U.S. Code     Notes

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

(June 25, 1948, ch. 645, 62 Stat. 696; Pub. L. 90–284, title I, § 103(b), Apr. 11, 1968, 82 Stat. 75; Pub. L. 100–690, title VII, § 7019, Nov. 18, 1988, 102 Stat. 4396; Pub. L. 103–322, title VI, § 60006(b), title XXXII, §§ 320103(b), 320201(b), title XXXIII, § 330016(1)(H), Sept. 13, 1994, 108 Stat. 1970, 2109, 2113, 2147; Pub. L. 104–294, title VI, §§ 604(b) (14)(B), 607(a), Oct. 11, 1996, 110 Stat. 3507, 3511.)

# ...18 U.S. Code § 241 - Conspiracy against rights

U.S. Code     Notes

If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or

If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured—

They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

(June 25, 1948, ch. 645, 62 Stat. 696; Pub. L. 90–284, title I, § 103(a), Apr. 11, 1968, 82 Stat. 75; Pub. L. 100–690, title VII, § 7018(a), (b)(1), Nov. 18, 1988, 102 Stat. 4396; Pub. L. 103–322, title VI, § 60006(a), title XXXII, §§ 320103(a), 320201(a), title XXXIII, § 330016(1)(L), Sept. 13, 1994, 108 Stat. 1970, 2109, 2113, 2147; Pub. L. 104–294, title VI, §§ 604(b)(14)(A), 607(a), Oct. 11, 1996, 110 Stat. 3507, 3511.)

# ...18 U.S. Code § 472 - Uttering counterfeit obligations or securities

U.S. Code        Notes

Whoever, with intent to defraud, passes, utters, publishes, or sells, or attempts to pass, utter, publish, or sell, or with like intent brings into the United States or keeps in possession or conceals any falsely made, forged, counterfeited, or altered obligation or other security of the United States, shall be fined under this title or imprisoned not more than 20 years, or both.

(June 25, 1948, ch. 645, 62 Stat. 705; Pub. L. 103–322, title XXXIII, § 330016(1)(K), Sept. 13, 1994, 108 Stat. 2147; Pub. L. 107–56, title III, § 374(c), Oct. 26, 2001, 115 Stat. 340.)

# 2018 Colorado Revised Statutes
# Title 18 - Criminal Code
# Article 8 - Offenses - Governmental Operations
# Part 6 - Offenses Relating to Judicial and Other Proceedings
# § 18-8-611. Simulating legal process

**Universal Citation:** CO Rev Stat § 18-8-611 (2018)

(1) A person commits simulating legal process if he knowingly delivers or causes to be delivered to another a request for the payment of money on behalf of any creditor including himself which in form and substance simulates any legal process issued by any court of this state.

(2) Simulating legal process is a class 3 misdemeanor.

# 2018 Colorado Revised Statutes
# Title 18 - Criminal Code
# Article 8 - Offenses - Governmental Operations
# Part 4 - Abuse of Public Office
# § 18-8-404. First degree official misconduct

**Universal Citation:** CO Rev Stat § 18-8-404 (2018)

(1) A public servant commits first degree official misconduct if, with intent to obtain a benefit for the public servant or another or maliciously to cause harm to another, he or she knowingly:

(a) Commits an act relating to his office but constituting an unauthorized exercise of his official function; or

(b) Refrains from performing a duty imposed upon him by law; or

(c) Violates any statute or lawfully adopted rule or regulation relating to his office.

(2) First degree official misconduct is a class 2 misdemeanor.

# Colo. Rev. Stat. § 18-8-610

Current through Chapter 155 of the 2021 Legislative Session

Section 18-8-610 - Tampering with physical evidence

(1) A person commits tampering with physical evidence if, believing that an official proceeding is pending or about to be instituted and acting without legal right or authority, he:

   (a) Destroys, mutilates, conceals, removes, or alters physical evidence with intent to impair its verity or availability in the pending or prospective official proceeding; or

   (b) Knowingly makes, presents, or offers any false or altered physical evidence with intent that it be introduced in the pending or prospective official proceeding.

(2) "Physical evidence", as used in this section, includes any article, object, document, record, or other thing of physical substance; except that "physical evidence" does not include a human body, part of a human body, or human remains subject to a violation of section 18-8-610.5.

(3) Tampering with physical evidence is a class 6 felony.

   *C.R.S. § 18-8-610*

Amended by 2016 Ch. 72,§ 2, eff. 9/1/2016.

L. 71: R&RE, p. 466, § 1. C.R.S. 1963: § 40-8-610. L. 89: (3) amended, p. 840, § 87, effective July 1. L. 2016: (2) amended, (SB 16-034), ch. 72, p. 191, § 2, effective September 1.