IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01234-GPG

PAUL LaPORTA,

    Claimant,

v.

PABLO LOYA,

    Respondent.

## ORDER OF DISMISSAL

Claimant, a pro se litigant, submitted a pleading to the Court that is titled, " I require 'court of record'; 'trial by jury,' " ECF No. 1.   Claimant did not include a mailing address with the pleading.   He asserts in the pleading that Respondent (1) interfered with his right to access the court to file a claim; (2) bound his hands and ordered him into a cage; (3) "Administrat[ed]" his property without consent; (4) interfered with his right to film; and (5) destroyed or deleted the video of the interaction.   ECF No. 1 at 1.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), Magistrate Judge Gordon P. Gallagher determined that the pleading is deficient and directed Claimant to file his claims on a Court-approved form used in filing complaints and either to file an Application to Proceed in District Court without Prepaying Fees or Costs (Long Form) or in the alternative to pay the $402 filing fee in full.   Magistrate Judge Gallagher warned Plaintiff that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

\#
\#

1

Plaintiff now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed.   The Court, therefore, will dismiss the action.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal.   *See Coppedge v. United States*, 369 U.S. 438 (1962).   If Plaintiff files a notice of appeal he must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.   Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to comply with the May 7, 2021 Order, within the time allowed, and for failure to prosecute.   It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this   23rd   day of      June      , 2021.

BY THE COURT:

   s/Lewis T. Babcock   
LEWIS T. BABCOCK, Senior Judge
United States District Court

#
2
#