IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01234-LTB

PAIL LaPORTA,

      Claimant,

v.

PABLO LOYA,

      Respondent.

---

## JUDGMENT

---

      Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on June 23, 2021, it is hereby

      ORDERED that Judgment is entered in favor of Respondent and against Claimant.

      DATED at Denver, Colorado, this 23 day of June, 2021.

                  FOR THE COURT,

                  JEFFREY P. COLWELL, Clerk


                  By: s/ R. Villa,
                     Deputy Clerk